PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Montreal Terris Oden</u>     Case Number: <u>1:11-00002-03</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>May 24, 2012</u>

Original Offense: <u>21 U.S.C. § 841 (a)(1), Possession with Intent to Distribute and Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine</u>

Original Sentence: <u>18 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>January 16, 2013</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>     Defense Attorney: <u>Michael Terry and Stephanie Gore</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __4__ day of __Sept__, 2013, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date      September 4, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** |

On August 7, 2013, Mr. Oden was issued a citation for Driving on a Suspended License, 2nd Offense, by the Metropolitan Nashville Police Department. He was booked for the charge on August 29, 2013. His next scheduled court date is on November 4, 2013, in Davidson County General Sessions Court.

Mr. Oden notified the probation officer on August 7, 2013, that he had been issued the citation as previously described. He informed that he was driving to work when he was stopped by the police officer and issued the citation. The probation officer instructed him not to drive a vehicle until he obtains his license. He reportedly owes approximately $2,000 in order to obtain his license.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Oden began supervised release on January 16, 2013. He is scheduled to terminate supervised release on January 15, 2016.

Mr. Oden has remained employed at Trojan Labor while on supervised release. He currently resides with his girlfriend in Columbia, Tennessee. There is no other known noncompliance during Mr. Oden's term of supervised release.

### U.S. Probation Officer Recommendation:

It is recommended that Mr. Oden be continued on supervised release with no further action at this time. He has been verbally reprimanded and informed that further violations could result in sanctions by the Court.

The Court will be promptly notified if he is convicted of the offense.

The U. S. Attorney's Office has been notified and concurs with this recommendation..

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer